1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12
13
14

| TERRY A. CORROTHERS, | CASE NO. C24-0846JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendants. | |

Before the court is Defendants Nationstar Mortgage, LLC, U.S. Bank N.A., and Mortgage Electronic Registration Systems, Inc.'s (collectively, "Defendants") motion for judgment on the pleadings (Mot. (Dkt. # 9)) and corresponding request for judicial notice (Req. (Dkt. # 10)).  Plaintiff Terry A. Corrothers did not respond to Defendants' motion or request for judicial notice (*see generally* Dkt.), prompting Defendants to file a notice of non-opposition (Not. (Dkt. # 12)).

//

ORDER - 1

1  Mr. Corrothers pleads six causes of action in his complaint (*see* Compl. (Dkt. # 1-2) at 6-13), each of which Defendants seek to dismiss for several independent reasons (*see* Mot. at 7-16).  Pursuant to this District's Local Rules, the court may consider Mr. Corrothers's failure to respond to Defendants' motion "as an admission that the motion has merit."  Local Rules W.D. Wash. LCR 7(b)(2).  Having reviewed Mr. Corrothers's complaint and Defendants' motion, the court is convinced that each of Mr. Corrothers's claims fails as a matter of law.

The court therefore GRANTS Defendants' motion for judgment on the pleadings (Dkt. # 9).  The court DIRECTS the Clerk to terminate Defendants' request for judicial notice (Dkt. # 10).  The court DISMISSES Mr. Corrothers's claims, and this action, with prejudice and without leave to amend.

Dated this 3rd day of September, 2024.

_____
JAMES L. ROBART
United States District Judge